UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO:  19-CV-81700-DMM

HEALTHCARE RESOURCES
MANAGEMENT GROUP, LLC,
a Florida limited liability company,

       Plaintiff,

v.

ECONATURA ALL HEALTHY WORLD,
LLC, MEDTERRA CBD, LLC, REJUVENOL
LABORATORIES, INC. and NOXENO
HEALTH SCIENCES, INC.,

       Defendants.

_____/

## **DEFENDANT, ECONATURA ALL HEALTHY WORLD, LLC's INITIAL DISCLOSURES**

Defendant, ECONATURA ALL HEALTH WORLD, LLC, by and through it's

undersigned counsel, pursuant to Rule 26(a)(1) and the Joint Discovery Plan (D.E. 23),

hereby provides its Initial Disclosures.

1.      The name and, if known, the address and telephone number of each

individual likely to have discoverable information – along with the subjects

of that information – that the disclosing party may use to support its claims

or defenses, unless the use would be solely for impeachment:

A.      All witnesses listed by Plaintiff and other Co-Defendants, some of
which are duplicated herein as well as any determined to have
relevant information during the course of discovery.

B.      Michael Blume
234 N.E. 16th St.
Delray Beach, FL 33444
(561) 324-7980

Relevant information regarding formulations that Plaintiff procured
and then failed in his attempt to bring products to market.

C.    Kristen Adelman
      234 N.E. 16th St.
      Delray Beach, FL 33444
      (561)

      Relevant information regarding formulations that Plaintiff procured
      and then failed in his attempt to bring products to market.

D.    John Tristino
      32 S.E. 32nd Avenue, #522
      Delray Beach, FL 33444
      (561) 662-3276

      Initiated and/or attended meetings with Plaintiff and Defendants.

E.    John Meyer c/o Pharmacann
      2615 State Road 7
      Suite B-530
      Wellington, FL 33414
      (954) 305-0078

      Relevant information regarding formulations for products
      that belonged to him/his wife that were used by Plaintiff
      but never provided to Defendant.

F.    Jeff Moore
      (516) 302-0028

      Initiated group to work with Plaintiff on new CBD company.
      Coordinated production of CBD cream and worked with Plaintiff.

G.    Bart Turico and
      Cheryl Turico
      c/o Rejuvenol
      130 Lincoln Street
      Copiague, NY 11726

      Can testify to statements made by Plaintiff and conduct.

H.     Jamie Goldstein
       c/o Fullimpact, LLC
       94 N.E. 4th Avenue
       Delray Beach, FL 33483

       Initiated group to work with Plaintiff in new company.  Is believed
       to currently work with Plaintiff.

I.     TBD representative of Cosmetic Solutions
       Boca Raton, FL

       Testify to Plaintiff taking company's formulations for
       copying and production.

J.     Phoenix Arizona manufacturer

K.     Robert Pinchuk
       (561) 866-2145

       Can testify to developing Pharmalieve with Plaintiff and
       business practices of Plaintiff.

L.     Charles Weber
       11471 Sunset Boulevard
       Los Angeles, CA 90049

       Can testify to business relationship with Plaintiff and
       Plaintiff's conduct.

M.     Amanda Kloots
       c/o Amanda Kloots Fitness, LLC
       Att:  Legal
       10 W. 65th Street, Suite 1M
       New York, NY 10023
       (917) 929-2253
       E-mail: hello@amandakloots.com

       Worked with Kristen Adelman and created an original
       formulation for her branding.

N.     Daryl Goldstein
       95 N.E. 4th Avenue
       Delray Beach, FL 33483
       (917) 430-5390

       Knowledge of Plaintiff's formulations.

O.     TBD representative of Allison Medical, Inc., Littleton, CO.

P.     TBD representative of Complete Pharmaceutics, Miami Lakes, FL.

Q.     TBD expert witness concerning CBD and other formulations.

R.     TBD KRS Biotechnology
       KRSBIO.com
       (888) 502-2050

       Knowledge of Plaintiff and business practices.

S.     Martha and Chuck Little
       Compounding Docs Pharmacy
       1600 Clint Moore; Building BS
       Boca Raton, FL 33487
       (561) 826-0711

T.     TBD Complete Pharmaceuticals
       5829 N.W. 158th Street
       Miami Lakes, FL 33487

U.     Kathy Tucker
       E-mail:  Kathytucker@gmail.com

       Knowledge of formulations provided to Plaintiff.

V.     Jeff Fox, Esq.
       Attorney who prepared NDA documents.

       Coordinated production of CBD cream and worked with Plaintiff,

2.     A copy – or a description by category and location – of all

documents, electronically stored information, and tangible things that the

4

disclosing party has in its possession, custody or control and may use to

support its claims or defenses, unless the use would be solely for

impeachment:

A.    Defendant would adopt all documents disclosed by Plaintiff and Co-
      Defendants.

B.    Text messages between Jama Russano and Plaintiff, Mercy
      Romero, Sam Genovese and Kristen Adelman in possession of Jama
      Russano.

C.    Purchase orders in possession of Jama Russano.

D.    E-mails and forecasts between Jama Russano and
      Jamie Goldstein and Warren Wise in possession of Jama Russano.

E.    Communications with the following all in possession of Jama
      Russano:

      Jeff Fox
      Robert Pinchuk
      Charles Weber

3.    A computation of each category of damages claimed by the

disclosing party – who must also make available for inspection and

copying as under Rule 34 the documents or other evidentiary material,

unless privileged or protected from disclosure, on which each computation

is based, including materials bearing on the nature and extent of injuries

suffered:

A.    Not applicable.

4.    For inspection and copying as under Rule 34, any insurance

agreement under which an insurance business may be liable to satisfy all

or part of a possible judgment in the action or to indemnify or reimburse

for payments made to satisfy the judgment:

A.      None.

5.      Plaintiff reserves the right to supplement, amend or otherwise

modify the information contained in the foregoing disclosures as discovery

progresses.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the____26th_____day of March, 2020 I electronically

filed a true and correct copy of the foregoing document with the Clerk of the Court

using CM/ECF and the foregoing document was served on all counsel and/or parties of

record by using CM/ECF.

BARRY E. WITLIN, P.A.
Attorney for Defendant,
ECONATURA ALL HEALTHY
WORLD, LLC
7805 SW 6th Court
Plantation, FL 33324
Telephone:  954-473-4500
Facsimile:   954-473-1970
E-mail:  witlinlaw@gmail.com
          barrywitlin@gmail.com
BY:   _s/Barry E. Witlin_____
          Barry E. Witlin
          FBN:  29994