UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:19- 81700-Civ-MIDDLEBROOKS/BRANNON

HEALTHCARE RESOURCES MANAGEMENT
GROUP, LLC, a Florida limited liability company,

    Plaintiff,

vs.

ECONATURA ALL HEALTHY WORLD, LLC, a
foreign limited liability company, MEDTERRA
CBD, LLC, a foreign limited liability company,
REJUVENOL LABORATORIES, INC., a foreign
corporation, and NOXENO HEALTH SCIENCES,
INC., a foreign corporation,

    Defendants.
_____/

## MOTION TO WITHDRAW AS PLAINTIFF'S COUNSEL

ROSENTHAL ROSENTHAL RASCO, LLC, EDUARDO I. RASCO, Esq., and STEVE MICHAEL BIMSTON. Esq. (collectively, "RRR"), undersigned counsel for the Plaintiff, HEALTHCARE RESOURCES MANAGEMENT GROUP, LLC, ("Plaintiff") pursuant to Local Rule 11.1(d)(3)(A) and Rule 4-1.16(a)(1) of the Florida Rules of Professional Conduct, hereby move to withdraw from representation of the Plaintiff in the above-styled action:

1) An irreconcilable conflict has arisen between the Plaintiff and RRR which requires RRR to seek permission from the Court to withdraw from its representation of the Plaintiff. The undersigned has had significant discussions with Plaintiff regarding the irreconcilable conflict but have been unable to resolve same.

2) Specifically, Rule 4-1.16(a)(1) of the Florida Rules of Professional Conduct mandates withdrawal of undersigned counsel. RRR maintains that its continued representation

{W0533546.1}

of Plaintiff within this action will ultimately result in a violation of the Rules of Professional Conduct.

3) RRR is ethically prohibited from divulging specifics as to how its continued representation of the Plaintiff will result in a violation of the Rules of Professional Conduct, as per Rules 4-1.6(a) and 4-1.8(b).

4) Therefore, RRR can state only that professional considerations require termination of the representation, which statement "ordinarily should be accepted as sufficient" as per the comment to Rule 4-1.16.

5) As a corporate entity, Plaintiff cannot represent itself. *See* Palazzo v. Gulf Oil Corp., 764 F.2d 1381, 1385 (11th Cir. 1985); *see also* Joe Hand promotions, Inc. v. Guevara, 2019 WL 3754573 at 1-2 (M.D.Fla. July 23, 2019) (limited liability company cannot represent itself).

6) RRR therefore requests a period of twenty (20) days within which Plaintiff would be permitted to seek representation by new counsel. Because the discovery period will not end until June 18, 2020 (*see* D.E. 39) and the trial period will not commence until August 17, 2020 (*see* D.E. 7), there should be no interference with the progression of this action pursuant to the extant pretrial schedule imposed by the Court.

7) Pursuant to Local Rule 7.1(a)(3), RRR hereby certifies that it has conferred with respective counsel for the Defendants and is authorized to represent that this Motion is unopposed by all Defendants. Pursuant to Local Rule 11.1(d)(3)(A), the current mailing address for Plaintiff is as follows: 1288 NW 16th Street, Boca Raton, Florida 33486.

WHEREFORE, RRR respectfully requests permission from the Court to withdraw from its representation of the Plaintiff, and such other and further relief this Court deems just and proper.

>ROSENTHAL ROSENTHAL RASCO LLC
>Counsel for Plaintiff
>ONE AVENTURA EXECUTIVE CENTER
>20900 N.E. 30th Ave., Suite 600
>Aventura, FL 33180
>Phone: 305-937-0300
>Facsimile: 305-937-1311
>
>By:   /s/Steve M. Bimston, Esquire
>      EDUARDO I. RASCO, ESQ.
>      Florida Bar No. 646326
>      eir@rrrlaw.com
>      STEVE M. BIMSTON, ESQ.
>      Florida Bar No. 179205
>      smb@rrrlaw.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 23rd day of April, 2020 I electronically filed the foregoing with the Clerk of Court using CM/ECF thereby ensuring electronic notification of same to all parties of record and furthermore served a copy of the foregoing upon Plaintiff via

{W0533546.1}

email to its managing members, Sam Genovese (sam@pharmalieve.com) and Mercy Romero (Mromero@pharmalieve.com).

        ROSENTHAL ROSENTHAL RASCO LLC
        Counsel for Plaintiff
        ONE AVENTURA EXECUTIVE CENTER
        20900 N.E. 30th Ave., Suite 600
        Aventura, FL 33180
        Phone: 305-937-0300
        Facsimile: 305-937-1311

        By:    /s/Steve M. Bimston, Esquire

{W0533546.1}