# Exhibit 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO. 19-81700-CIV-MIDDLEBROOKS/BRANNON

HEALTHCARE RESOURCES MANAGEMENT
GROUP, LLC,

    Plaintiff,

v.

ECONATURA ALL HEALTHY WORLD, LLC,
MEDTERRA CBD, LLC, REJUVENOL
LABORATORIES, INC., and NOXENO
HEALTH SCIENCES, INC.,

    Defendants.

## DECLARATION OF JAMA RUSSANO

I, Jama Russano, under penalty of perjury, state as follows:

1. I am a member and manager of EcoNatura All Healthy World, LLC, a Delaware limited liability company. I formed EcoNatura with my husband, Richard Russano, in 2014.

2. I have over 40 years' experience in personal care products and 20 years' experience developing and manufacturing natural personal care products, including topical pain creams. EcoNatura has been shipping products under the Peter Rabbit, Ruby-Blue Bunny and EcoNatura brands for 15 years.

3. In 2016, I created a full concept of CBD Products including personal care products, based on the science of offering consumers clean healthy products.

4. In late spring of 2017, Warren Wise and I created NoXeno Health Sciences, LLC, a company with a goal to growing specific strains of CBD and formulating them

in all levels of CBD consumer products, including for private label to brands with the concept the products would be made without the use of harsh chemicals or pesticides.

5. Mr. Genovese never sent me, by email or otherwise, a "formulation" for producing any CBD-infused cooling cream. I certainly never used any formulation from Mr. Genovese to develop the cooling cream I produced for HCRMG that it sold to MedTerra CBD, LLC ("MedTerra") or any other client.

6. The allegation in paragraph 19 of the Amended Complaint that Mr. Genovese sent me his own formula is patently false. The formula for the CBD-Infused cooling cream sold to MedTerra never belonged to, nor paid for, nor owned by HCRMG or Mr. Genovese.

7. Since no formulations were given to me from Mr. Genovese, no formulations could be transmitted to Rejuvenol Laboratories, Inc. ("Rejuvenol"). Rejuvenol already knew my proprietary formulations with my special processes for manufacturing my Ruby-Blue Bunny line of products. With my supervision, and in the "normal course of doing business", there were internal discussions of processes in manufacturing the CBD cream with the Rejuvenol chemist and compounder.

8. In January 2019, months after I started producing the CBD-infused cooling cream for HCRMG for resell to MedTerra, Mr. Genovese asked me to sign a written "Confidentiality and Non-Disclosure agreement under a new company name "Trinity Health Global, LLC" (not HCRMG), which provided "that any

formulation including the formula for EcoNatura's cooling cream was the proprietary and owned by Mr. Genovese and Trinity Health Global, LLC."

9. The document also stated, any information including marketing, production, process and procedures, were owned by Trinity Health, however, Trinity Health would not be held liable under any condition. I refused to sign the proposed agreement and verbally told Mr. Genovese how offended I was by his proposal.

10. When I declined to sign the agreement, the relationship between EcoNatura and HCRMG quickly deteriorated. In April 2019, I had explained to Mr. Genovese that I could not work with him under these circumstances and no longer wanted to work together.

11. In this case, HCRMG has sued EcoNatura, MedTerra and Rejuvenol in bad faith for misappropriation of alleged trade secrets and unfair and deceptive trade practices.

12. During this case, HCRMG was never been able to produce any evidence that EcoNatura, MedTerra or Rejuvenol used any HCRMG formula for the CBD-infused cooling cream. They were unable to do so because these allegations were false.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing Declaration is true and correct.

Dated: July 11, 2020

_Jama Russano_
JAMA RUSSANO