# Exhibit 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:19-cv-81700-MIDDLEBROOKS/BRANNON

HEALTHCARE RESOURCES MANAGEMENT
GROUP, LLC,

    Plaintiff,

v.

ECONATURA ALL HEALTHY WORLD, LLC,
MEDTERRA CBD, LLC, REJUVENOL
LABORATORIES, INC. and NOXENO HEALTH
SCIENCES, INC.,

    Defendants.
_____/

## DECLARATION OF BART TARULLI

Bart Tarulli deposes and states:

1. I am an individual over the age of eighteen and I make this affidavit based upon personal knowledge of the facts stated herein.

2. I am the president of Defendant Rejuvenol Laboratories, Inc. ("Rejuvenol").

3. Plaintiff Healthcare Resources Management Group, LLC ("HCRMG") asserted causes of action against Rejuvenol for alleged violations of the Florida Uniform Trade Secrets Act (Count I), and violations of the Defend Trade Secret Act (Count II).

4. The underlying basis for HCRMG's claim is its relationship with Defendant Econatura All Healthy World, LLC ("Econatura").

5. HCRMG claims that it maintained a proprietary CBD cream formula.

6. However, Rejuvenol was not involved in the business relationship between HCRMG and the other defendants.

7. Rejuvenol is a manufacturer.

8. Econatura has been a client of Rejuvenol for years.

9. Rejuvenol has manufactured a natural lotion formula created by Econatura's owner, Jamma Russano ("Russano"), that is part of her Econatura Ruby Blue Bunny line of products.

10. Rejuvenol formulated the product based on instructions from Russano.

11. Subsequently, Rejuvenol received instructions from Russano on how to modify the product.

LEE & AMTZIS, P.L.
ATTORNEYS AT LAW

CASE NO.: 9:19-cv-81700-MIDDLEBROOKS/BRANNON

12. Rejuvenol manufactured a cream for Econatura based on ingredients and materials provided to it by Econatura.

13. Rejuvenol did not receive any formulas or instructions from any other party to this litigation, including HCRMG.

14. Rejuvenol never worked for HCRMG and never received a formula from it.

15. At no time did Rejuvenol have any formulas or instructions provided by HCRMG.

16. The only formulas and instructions were provided by Rejuvenol's long time customer, Econatura.

17. Rejuvenol never attended any meetings with any representatives of HCRMG.

18. There was no basis to bring a claim against Rejuvenol for violations of any trade secret rights because Rejuvenol was merely the manufacturer of a product formulated by Econatura.

19. The ingredients and packaging materials were provided to Rejuvenol by Econatura.

20. The formula utilized by Rejuvenol was based on the formula that it had utilized for years, which was provided to it by Econatura, and then modified based on instructions from Russano.

I DECLARE, UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA, THAT I HAVE READ THE FOREGOING AND THE FACTS STATED THEREIN ARE TRUE AND CORRECT.

_/s/ Bart Tarulli_
Bart Tarulli

STATE OF NEW YORK     )
                      )SS:
COUNTY OF Suffolk     )

The foregoing instrument was acknowledged before me this 18th day of June, 2020, by Bart Tarulli. He is personally known to me or has produced driver's license as identification and did not take an oath.

Notary Public:
sign _Maria Genna_
print _Maria Genna_
State of New York at Large (Seal)

> MARIA GENNA
> Notary Public, State of New York
> Registration #01GE6004816
> Qualified In Suffolk County
> Commission Expires March 30, 2022

LEE & AMTZIS, P.L.
ATTORNEYS AT LAW

2