# Exhibit 6

**McCabe Rabin, P.A.**
Centurion Tower
1601 Forum Place, Suite 201
West Palm Beach, FL 33401
Tax ID 26-0797641

Invoice submitted to:
Scott McPherson
General Counsel
Medterra CBD, LLC
9801 Research Drive
Irvine, CA 92618


June 19, 2020

In Reference To:
Healthcare Resources Management Group, LLC v. Econatural All Healthy World, LLC Medterra CBD, LLC, Rejuvenol Laboratories, Inc., and Noxeno Health Sciences
588.001

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/5/2020 | RCG | Detailed review of Complaint; research regarding federal and state trade secret laws | 2.50 325.00/hr | 812.50 |
|  | RCG | Call with client regarding strategy for response to Amended Complaint | 0.50 325.00/hr | 162.50 |
|  | ATR | Review and assess claims in the Amended Complaint; conference call with S. McPherson and B. Jasper regarding strategy | 1.00 425.00/hr | 425.00 |
| 2/6/2020 | RCG | Prepare Motion to Extend Time to Respond to Amended Complaint | 0.60 325.00/hr | 195.00 |
|  | RCG | Review and analyze order denying request to extend trial deadline | 0.20 325.00/hr | 65.00 |
| 2/7/2020 | ATR | Confer with opposing counsel regarding: extension of time; review paperless order from Court denying Plaintiff's Motion to modify pretrial deadlines and trial date; e-mails with client and B. Jasper; revise Motion for Extension of Time | 1.00 425.00/hr | 425.00 |
|  | RCG | Edit and finalize Motion for Extension of Time to Respond to Amended Complaint | 0.50 325.00/hr | 162.50 |
|  | RCG | Begin preparing factual summary for Motion to Dismiss based on allegations raised in Plaintiff's complaint | 5.80 325.00/hr | 1,885.00 |
| 2/10/2020 | RCG | Begin drafting legal arguments for Motion to Dismiss for failure to state a claim; extensive legal research regarding same | 7.60 325.00/hr | 2,470.00 |

Scott McPherson                                                                                                                     Page    2

|            |     |                                                                                                                                                                                                              | Hrs/Rate       | Amount   |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|----------------|----------|
| 2/11/2020  | ATR | Confer with R. Glass regarding: personal jurisdiction issues and access to any formulas; e-mails with S. McPherson and B. Jasper                                                                                               | 0.50 425.00/hr | 212.50   |
|            | RCG | Continue drafting failure to state a claim arguments and research regarding same                                                                                                                                               | 5.40 325.00/hr | 1,755.00 |
| 2/12/2020  | ATR | [redacted]                                                                                                                                                                                                                     | [redacted]/hr  | [redacted] |
| 2/13/2020  | RCG | Edit and revise failure to state a claim arguments                                                                                                                                                                             | 2.70 325.00/hr | 877.50   |
|            | RCG | Extensive research regarding [redacted]; e-mail client regarding factual questions for personal jurisdiction arguments; further research regarding [redacted]; draft brief legal argument regarding same                       | 4.60 325.00/hr | 1,495.00 |
|            | ATR | [redacted]                                                                                                                                                                                                                     | [redacted]/hr  | [redacted] |
| 2/14/2020  | RCG | Edit and revise Motion to Dismiss per A. Rabin comments; e-mail same to client                                                                                                                                                 | 4.50 325.00/hr | 1,462.50 |
|            | ATR | E-mails with B. Jasper and S. McPherson                                                                                                                                                                                        | 0.40 425.00/hr | 170.00   |
| 2/17/2020  | ATR | Review draft to Motion to Dismiss; e-mails with B. Jasper and S. McPherson                                                                                                                                                     | 0.50 425.00/hr | 212.50   |
| 2/18/2020  | ATR | Review and revise joint discovery plan; e-mails with B. Jasper and S. McPherson                                                                                                                                                | 1.50 425.00/hr | 637.50   |
|            | ATR | Review and revise Motion to Dismiss Amended Complaint; review Larsen affidavit; extensive e-mails with B. Jasper and S. McPherson; file motion                                                                                 | 3.40 425.00/hr | 1,445.00 |
| 2/19/2020  | ATR | E-mails with B. Jasper and S. McPherson; review joint discovery plan comments                                                                                                                                                  | 0.70 425.00/hr | 297.50   |
| 2/20/2020  | ATR | Revise Joint Discovery Plan; review comments from other defense counsel; e-mails with B. Jasper and S. McPherson                                                                                                               | 1.20 425.00/hr | 510.00   |
|            | ATR | E-mails with client regarding: joint discovery plan; review revisions to same                                                                                                                                                  | 0.50 425.00/hr | 212.50   |
|            | ATR | Review various e-mails from S. Bimston                                                                                                                                                                                         | 0.30 425.00/hr | 127.50   |

Scott McPherson                                                                                                    Page    3

|            |     |                                                                                                                    | Hrs/Rate          | Amount    |
|------------|-----|--------------------------------------------------------------------------------------------------------------------|-------------------|-----------|
| 2/25/2020  | RCG | Draft Initial Rule 26 Disclosures                                                                                  | 1.50<br>325.00/hr | 487.50    |
| 2/26/2020  | RCG | Work on Request for Admissions, Request For Production, and Interrogatories                                        | 5.80<br>325.00/hr | 1,885.00  |
|            | ATR | Review e-mails from B. Jasper regarding: ▇▇▇ review request for production; review e-mails regarding ▇▇▇; review interrogatories and requests for admissions and B. Jasper's comments | 0.50<br>425.00/hr | 212.50    |
| 2/27/2020  | RCG | Edit and revise draft discovery requests per B. Jasper; e-mail same to client for approval                         | 3.10<br>325.00/hr | 1,007.50  |
| 2/28/2020  | RCG | Exchange e-mails with B. Jasper regarding initial disclosures                                                      | 0.20<br>325.00/hr | 65.00     |
| 3/2/2020   | RCG | Finalize discovery requests; instruct J. Furness regarding service of same                                         | 1.20<br>325.00/hr | 390.00    |
| 3/3/2020   | ATR | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇                                                                                                   | ▇▇▇               | ▇▇▇       |
|            | RCG | Review Response in Opposition to Motion to Dismiss; e-mail preliminary thoughts regarding same to A. Rabin and B. Jasper | 1.90<br>325.00/hr | 617.50 |
| 3/4/2020   | RCG | Begin outlining arguments for reply brief; review e-mail from B. Jasper regarding same                             | 2.50<br>325.00/hr | 812.50    |
| 3/5/2020   | RCG | Begin drafting Reply in Support of Motion to Dismiss; extensive research regarding same                            | 6.30<br>325.00/hr | 2,047.50  |
| 3/6/2020   | RCG | Begin drafting Reply in Support of Motion to Dismiss; extensive research regarding same                            | 5.90<br>325.00/hr | 1,917.50  |
| 3/8/2020   | RCG | Continue drafting reply in support of Motion to Dismiss                                                            | 2.40<br>325.00/hr | 780.00    |
| 3/9/2020   | JF  | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇                                                                                                   | ▇▇▇               | ▇▇▇       |

Scott McPherson                                                             Page     4

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/9/2020 | RCG | Complete initial draft of Reply in Support of Motion to Dismiss | 6.20 325.00/hr | 2,015.00 |
| | RCG | Review proposed confidentiality order; exchange e-mails with B. Jasper regarding same | 0.60 325.00/hr | 195.00 |
| | RCG | Review Plaintiff's expert disclosure and request for additional time to identify damages expert; e-mail B. Jasper regarding same; respond to Plaintiff's counsel regarding same | 0.30 325.00/hr | 97.50 |
| 3/10/2020 | RCG | Edit and revise initial draft of reply brief | 3.20 325.00/hr | 1,040.00 |
| | RCG | Exchange e-mails with B. Jasper regarding confidentiality protective order; e-mail proposed changes to opposing counsel | 0.20 325.00/hr | 65.00 |
| 3/11/2020 | ATR | [redacted] | [redacted] | [redacted] |
| | ATR | [redacted] | [redacted] | [redacted] |
| | RCG | Work on initial disclosures and e-mail client for final approval | 0.40 325.00/hr | 130.00 |
| 3/12/2020 | ATR | Revise Reply to response to Motion to Dismiss; review Rule 26 disclosures; e-mails regarding: discovery with B. Jasper and R. Glass | 2.50 425.00/hr | 1,062.50 |
| | RCG | [redacted] | [redacted] | [redacted] |
| | RCG | Discuss discovery plan with A. Rabin; e-mail B. Jasper and S. McPherson regarding same | 1.20 325.00/hr | 390.00 |
| | RCG | Make additional changes to reply brief per B. Jasper | 0.50 325.00/hr | 162.50 |
| | RCG | [redacted] | [redacted] | [redacted] |
| | RCG | Review initial disclosures served by Plaintiff and Rejuvenol | 0.20 325.00/hr | 65.00 |
| 3/16/2020 | RCG | Exchange e-mails with B. Jasper regarding production of initial disclosure documents | 0.20 325.00/hr | 65.00 |
| 3/17/2020 | RCG | Review Confidentiality Protective Order | 0.10 325.00/hr | 32.50 |

|          |      |                                                                                                                                                                  | Hrs/Rate        | Amount    |
|----------|------|------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------------|-----------|
| 3/18/2020 | RCG | Exchange e-mails with B. Jasper regarding discovery served on other parties                                                                                      | 0.20 325.00/hr  | 65.00     |
| 3/19/2020 | ATR  | [redacted]                                                                                                                                                       | [redacted]      | [redacted]|
| 3/23/2020 | ATR  | [redacted]                                                                                                                                                       | [redacted]      | [redacted]|
| 3/26/2020 | ATR  | [redacted]                                                                                                                                                       | [redacted]      | [redacted]|
|          | RCG  | Exchange e-mails with B. Jasper and A. Rabin regarding Motion to Extend Trial Deadlines; review Court's order on same                                            | 1.50 325.00/hr  | 487.50    |
| 3/27/2020 | ATR  | Review and analyze order denying Motion to Dismiss; draft analysis e-mail to client and B. Jasper; discuss issues with R. Glass; review pending discovery responses; review new deadlines | 1.80 425.00/hr  | 765.00    |
|          | RCG  | Review and analyze order on Motion to Dismiss; discuss same with A. Rabin; exchange e-mails with client regarding same                                            | 1.40 325.00/hr  | 455.00    |
| 3/30/2020 | RCG | Draft Answer; research regarding [redacted]                                                                                                                      | 4.50 325.00/hr  | 1,462.50  |
| 3/31/2020 | RCG | Brief research regarding [redacted]                                                                                                                              | 0.40 325.00/hr  | 130.00    |
| 4/1/2020  | RCG | Research regarding [redacted]                                                                                                                                    | 1.60 325.00/hr  | 520.00    |
|          | ATR  | [redacted]                                                                                                                                                       | [redacted]      | [redacted]|
| 4/3/2020  | RCG | Exchange e-mails with B. Jasper re Answer and Affirmative Defenses and expert disclosure deadline; discuss same with A. Rabin                                    | 0.50 325.00/hr  | 162.50    |
|          | ATR  | Set call with clients; review R. Glass's detailed e-mail to clients; review expert deadlines and Plaintiff's expert report; draft e-mail to E. Lee               | 1.30 425.00/hr  | 552.50    |
|          | ATR  | Review and revise Answer and Affirmative Defenses                                                                                                                | 0.40 425.00/hr  | 170.00    |
| 4/6/2020  | ATR  | Telephone conference with B. Jasper and S. McPherson regarding defenses, discovery and strategy                                                                  | 1.00 425.00/hr  | 425.00    |

Scott McPherson  Page 6

| Date | Tkpr | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/6/2020 | ATR | Call to E. Lee to discuss expert disclosures; review expert report; evaluate draft Motion to Strike prepared by E. Lee | 0.50 425.00/hr | 212.50 |
|  | RCG | ▮ | ▮ | ▮ |
|  | RCG | ▮ | ▮ | ▮ |
| 4/7/2020 | KS | ▮ | ▮ | ▮ |
|  | ATR | ▮ | ▮ | ▮ |
|  | RCG | Edit and revise draft Answer and Affirmative Defenses per call on 4.6.20 | 1.40 325.00/hr | 455.00 |
| 4/8/2020 | ATR | Telephone conference with parties' counsel discovery schedule and expert disclosures; review Judge Middlebrooks order; draft detailed e-mail of issues to S. McPherson and B. Jasper; revise Answer & Affirmative Defenses; call with B. Witline re: interview of Jama and joint defense agreement | 2.80 425.00/hr | 1,190.00 |
|  | RCG | ▮ | ▮ | ▮ |
|  | RCG | ▮ | ▮ | ▮ |
|  | RCG | Revise and edit Answer and Affirmative Defenses; e-mail B. Jasper and S. McPherson re same | 1.00 325.00/hr | 325.00 |
|  | RCG | Review discovery requests propounded by Plaintiff to Medterra | 0.20 325.00/hr | 65.00 |
| 4/9/2020 | JF | ▮ | ▮ | ▮ |
|  | ATR | prepare joint defense agreement; e-mails with defense counsel | 1.00 425.00/hr | 425.00 |
|  | RCG | Minor modifications to draft Answer and Affirmative Defenses; send same to client | 0.20 325.00/hr | 65.00 |

Scott McPhersonPage 7

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/10/2020 | JF | ██████████ | ██ | ██ |
| | ATR | e-mail with E. Lee re Joint Defense Agreement | 0.20 425.00/hr | 85.00 |
| | ATR | ██████████ | ██ | ██ |
| | RCG | Final review of Medterra's Answer and Affirmative Defenses; instruct J. Furness re filing same | 0.20 325.00/hr | 65.00 |
| 4/13/2020 | RCG | ██████████ | ██ | ██ |
| | RCG | Prepare additional document requests for Plaintiff; review EcoNatura and Rejuvenol initial disclosures regarding identities of major players in cream development | 1.50 325.00/hr | 487.50 |
| | ATR | Interview of Jama together with B. Witlin, E. Lee, and B. Witlin | 2.00 425.00/hr | 850.00 |
| 4/14/2020 | JF | ██████████ | ██ | ██ |
| | ATR | Draft Joint Motion for Extending Expert Deadlines; confer with opposing counsel and defense counsel; | 1.00 425.00/hr | 425.00 |
| 4/15/2020 | RCG | Call with Plaintiff's counsel re expert disclosure deadline | 0.60 325.00/hr | 195.00 |
| | RCG | ██████████ | ██ | ██ |
| | RCG | Review A. Rabin notes from J. Russano interview; follow-up call re same | 0.40 325.00/hr | 130.00 |
| | RCG | Review e-mails from counsel for Rejuvenol re EcoNatura "formula" | 0.50 325.00/hr | 162.50 |
| | RCG | Initial review of documents produced to Rejuvenol by Plaintiff | 2.20 325.00/hr | 715.00 |

Scott McPherson                                                                                                    Page        8

|  |  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 4/15/2020 | ATR | Conference call with all counsel re; scheduling; e-mails with E. Lee and B. Witlin re: [redacted] | | 1.00<br>425.00/hr | 425.00 |
| | ATR | Review notes from interview of Jama; review select e-mails from production of documents from Plaintiff to Rejuvenol; review e-mails from E.Lee and his attached documents; draft e-mail re: ingredients vs. recipe to E. Lee; e-mails with B. Witlin re: interview follow up with Jama | | 2.50<br>425.00/hr | 1,062.50 |
| | ATR | Conference call with S. McPherson, B. Jasper and R. Glass | | 1.50<br>425.00/hr | 637.50 |
| 4/16/2020 | JF | [redacted] | | 1[redacted] | [redacted] |
| | JF | [redacted] | | [redacted] | [redacted] |
| | ATR | Review notes from call with J. Russano; e-mails with E. Lee and B. Witlin; draft proposed agreed order on Joint Motion to Reset Expert Deadlines; draft Joint Motion to Reset Deadlines; e-mails with opposing counsel; e-mails with E. Lee re: [redacted] | | 2.30<br>425.00/hr | 977.50 |
| | RCG | [redacted] | | [redacted] | [redacted] |
| | RCG | Review e-mail exchange with E. Lee and exchange e-mails with A. Rabin re [redacted] | | 0.40<br>325.00/hr | 130.00 |
| | RCG | Work on timeline from e-mails produced by Plaintiff to Rejuvenol | | 2.30<br>325.00/hr | 747.50 |
| 4/17/2020 | ATR | Telephone conference with B. Witlin regarding J. Russano | | 0.30<br>425.00/hr | 127.50 |
| | ATR | E-mails with B. Jasper; e-mails with E. Lee; review e-mails produced by Plaintiff to Rejuvenol; review procedural rules [redacted] | | 1.00<br>425.00/hr | 425.00 |
| | RCG | Complete timeline from e-mails produced to Rejuvenol by Plaintiff | | 3.40<br>325.00/hr | 1,105.00 |

Scott McPherson                                                                                              Page     9

|            |     |                                                                              | Hrs/Rate         | Amount  |
|------------|-----|------------------------------------------------------------------------------|------------------|---------|
| 4/20/2020  | ATR | Research federal rules and local rules ▮▮▮▮▮▮▮▮▮▮▮; draft e-mail to S. Bimston | 1.20 425.00/hr  | 510.00  |
|            | RCG | Draft responses to HCRMG's First Request for Production                      | 2.00 325.00/hr   | 650.00  |
|            | RCG | Draft response to First Set of Interrogatories                               | 1.20 325.00/hr   | 390.00  |
| 4/21/2020  | ATR | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                                       | ▮                | ▮       |
|            | ATR | Revise Second Request for Production                                         | 0.50 425.00/hr   | 212.50  |
|            | RCG | Finish initial draft of response to first Request For Production             | 1.40 325.00/hr   | 455.00  |
|            | RCG | Continue drafting responses to interrogatories                               | 2.70 325.00/hr   | 877.50  |
|            | RCG | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                                       | ▮                | ▮       |
| 4/22/2020  | JF  | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                                       | ▮                | ▮       |
|            | RCG | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                                             | ▮                | ▮       |
|            | RCG | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                                             | ▮                | ▮       |
| 4/23/2020  | ATR | Confer with B. Witlin and E. Lee                                             | 0.50 425.00/hr   | 212.50  |
|            | ATR | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                                                       | ▮                | ▮       |
|            | RCG | Complete drafting responses to Plaintiff's interrogatories to Medterra; research ▮▮▮▮▮▮▮▮▮▮ | 2.50 325.00/hr | 812.50  |

Scott McPherson          Page   10

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/24/2020 | ATR | E-mail from S. Bimston re: moving to withdraw; e-mail with B. Jasper re: same; review Motion to Withdraw as Counsel for Plaintiff; further e-mails with B. Jasper; e-mails with B. Witlin and E. Lee re: ■■■ | 1.50 425.00/hr | 637.50 |
| 4/27/2020 | ATR | E-mails with B. Jasper; coordinate call with E. Lee and B. Witlin to do follow up interview of J. Russano; review order granting Plaintiffs' counsel's withdrawal | 1.00 425.00/hr | 425.00 |
| 4/28/2020 | ATR | Witness interview of J. Russano; revise list of questions for interview from B. Jasper's list and my notes from prior meeting; confer with defendants' counsel about filing ■■■ | 2.50 425.00/hr | 1,062.50 |
|  | RCG | ■■■ | ■ | ■ |
| 4/29/2020 | JF | ■■■ | ■ | ■ |
|  | RCG | ■■■ | ■ | ■ |
| 4/30/2020 | JF | ■■■ | ■ | ■ |
|  | ATR | Confer with C. Bennardini re: ■■■ action; further discussion with B. Witlin, J. Russano and D. Gonzalez ■■■; revise E. Lee's subpoena for documents; e-mail to clients re: ■■■ follow up e-mail to C. Bennardini ■■■ | 3.20 425.00/hr | 1,360.00 |
|  | RCG | ■■■ | ■ | ■ |
|  | RCG | Review federal tax lien against S. Genovese; pull recent mortgage modification for S. Genovese and M. Romero | 0.20 325.00/hr | 65.00 |
|  | RCG | Work on Rule 11 Motion | 4.50 325.00/hr | 1,462.50 |
| 5/1/2020 | JF | ■■■ | ■ | ■ |
|  | ATR | Revise Motion for Sanctions under Rule 11 | 1.00 425.00/hr | 425.00 |

Scott McPherson                                                                                                    Page    11

|            |     |                                                                                                                                                                         | Hrs/Rate         | Amount  |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------------|---------|
| 5/1/2020   | ATR | Review Motion to Compel filed by Rejuvenol; review documents in sharefile and send to client; e-mails with B. Jasper re: ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; draft e-mails with list of information from and address information provided to C. Bennardini | 1.50 425.00/hr   | 637.50  |
| 5/4/2020   | JF  | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                                                                                                                                                    | ▮▮▮              | ▮▮▮     |
|            | JF  | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                                                                                                                                                    | ▮▮▮              | ▮▮▮     |
|            | ATR | Review and revise Rule 11 Motion; confer with S. McPherson and B. Jasper re: ▮▮▮▮▮▮▮▮▮▮; e-mails with E. Lee; e-mail from J. Russano; research ▮▮▮▮▮▮▮                    | 2.00 425.00/hr   | 850.00  |
|            | ATR | Review and revise witness list                                                                                                                                          | 0.40 425.00/hr   | 170.00  |
|            | RCG | Revise Rule 11 Motion; send same to client for review                                                                                                                   | 0.60 325.00/hr   | 195.00  |
|            | RCG | Review, edit, and comment on draft witness list; add additional names                                                                                                   | 0.50 325.00/hr   | 162.50  |
|            | RCG | Prepare draft Motion for Extension of Time to Respond to Discovery re: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                                                                              | 1.90 325.00/hr   | 617.50  |
|            | RCG | Edit and revise Rule 11 Motion per comments from B. Jasper                                                                                                              | 1.70 325.00/hr   | 552.50  |
|            | RCG | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                                                                                                                                                    | ▮▮▮              | ▮▮▮     |
| 5/5/2020   | ATR | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                                                                                                                                                    | ▮▮▮              | ▮▮▮     |
| 5/6/2020   | ATR | Draft the Motion to Compel; e-mails to B. Jasper and S. McPherson re: ▮▮▮▮▮▮▮▮▮▮; discuss whether ▮▮▮▮▮▮▮▮▮▮▮▮▮▮                                                         | 1.50 425.00/hr   | 637.50  |
|            | RCG | Review court's order denying Rejuvenol Motion to Compel; discuss with A. Rabin strategy ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; review A. Rabin e-mail to co-counsel re same                   | 0.40 325.00/hr   | 130.00  |
| 5/18/2020  | ATR | Review Plaintiff's Motion for Extension of Time to retain new counsel; evaluate response; confer with R. Glass; e-mails with B. Jasper and S. McPherson                 | 1.00 425.00/hr   | 425.00  |

Scott McPherson																			Page    12

|            |     |                                                                                                                                                                                                       | Hrs/Rate         | Amount   |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------------|----------|
| 5/19/2020  | ATR | ███████████████████████████                                                                                                                                                                           | ██ ██            | ██████   |
| 5/20/2020  | JF  | ████████████████████████████████████                                                                                                                                                                  | ██ ██            | ██████   |
|            | RCG | Prepare response in opposition to Plaintiff's Motion to Extend Time to Retain Counsel; legal research re same; exchange e-mails with A. Rabin re same; instruct J. Furness re filing same and serve same | 3.10 325.00/hr   | 1,007.50 |
|            | ATR | Review and revise response in opposition to Motion for Extension of Time; confer with E. Lee re; same                                                                                                 | 1.00 425.00/hr   | 425.00   |
|            | RCG | Exchange e-mails and phone calls with A. Rabin re: need to file a response to Motion for Extension of Time to Retain Counsel                                                                          | 0.40 325.00/hr   | 130.00   |
| 5/21/2020  | RCG | Review court's order dismissing case                                                                                                                                                                  | 0.20 325.00/hr   | 65.00    |
|            | RCG | Legal research re: ████████████████████                                                                                                                                                               | 2.30 325.00/hr   | 747.50   |
|            | ATR | Review Court's order dismissing case without prejudice; e-mails with S. McPherson and B. Jasper; research ████████ and discuss with R. Glass; discuss whether ████████ with EcoNatura and Rejuvenol's counsel; review and analyze ████ | 1.80 425.00/hr   | 765.00   |
| 5/22/2020  | RCG | Extensive legal research re: ██████████████████████████████                                                                                                                                           | 4.20 325.00/hr   | 1,365.00 |
| 5/26/2020  | RCG | Continue research re: ████████████                                                                                                                                                                    | 0.70 325.00/hr   | 227.50   |
| 5/27/2020  | RCG | Research re ██████████████████████████████                                                                                                                                                            | 2.60 325.00/hr   | 845.00   |
|            | ATR | ██████████████████████████████████████                                                                                                                                                                | ██ ██            | ██████   |
| 5/29/2020  | RCG | Further research re: ████████████████████                                                                                                                                                             | 2.20 325.00/hr   | 715.00   |
|            | ATR | Revise written analysis of ████████████████████████; draft e-mails to co-defense counsel for Rejuvenol and Eco-Natura                                                                                 | 1.00 425.00/hr   | 425.00   |
| 6/1/2020   | ATR | Review case law and draft e-mail to B. Jasper and S. McPherson; review R. Glass's e-mail re: ████████████; review B. Jasper's e-mail                                                                  | 1.00 425.00/hr   | 425.00   |

Scott McPherson                                                                                                    Page    13

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/8/2020 | ATR | Confer with B. Jasper re: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮ | 0.50 425.00/hr | 212.50 |
|  |  | ▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮ | ▮ |
|  |  | ▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮ | ▮ |
|  |  | Client Funds transactions ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |  | ▮ ▮ |